1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   J. BENGE,                                   Case No. 1:10-cv-00215 JLT (PC)

12              Plaintiff,                        ORDER TO SHOW CAUSE WHY THIS
                                                  ACTION SHOULD NOT BE DISMISSED
13        vs.                                     FOR FAILURE TO PROSECUTE

14   LES WEILDMAN et al.,

15              Defendants.

16   _____/

17        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action

18   pursuant to 42 U.S.C. § 1983.  By order filed April 29, 2011, the Court directed Plaintiff to, within

19   thirty days, file an amended complaint curing the deficiencies in his complaint that were identified

20   by the Court in its screening order.  (Doc. 11.)  The Court also cautioned Plaintiff that failure to

21   comply with the Court's order would result in the dismissal of the case.  (Id.)  The thirty-day period

22   has now expired, and Plaintiff has failed to file an amended complaint or otherwise respond to the

23   Court's April 29, 2011 order.

24        Accordingly, it is **HEREBY ORDERED** that within twenty-one (21) days from the date of

25   service of this order, Plaintiff shall show cause in writing why this action should not be dismissed

26   for failure to prosecute.  If Plaintiff wishes to proceed with this action, he must also file an amended

27   ///

28   ///

1    complaint in accordance with the Court's April 29, 2011 order.  Plaintiff is firmly cautioned that

2    failure to comply with this order will result in the dismissal of this action.

3

4    IT IS SO ORDERED.

5    Dated:   **June 6, 2011**                                      **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28